IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAMAR LADARIOUS MOSLEY                                                       PLAINTIFF

      v.                              Civil No. 1:10-cv-01042

DETECTIVE JOSHUA NEWTON,
Union County Sheriff's Department; and
DETECTIVE RANDY CONLEY,
Union County Sheriff's Department                                            DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      Plaintiff, Lamar L. Mosley, filed this action pursuant to the provisions of 42 U.S.C. § 1983 on June 14, 2010.  He proceeds *pro se* and *in forma pauperis*.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2009), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation

      By order entered on June 14th, Plaintiff was directed to advice the Court whether or not he intended to assert a denial of medical care claim (ECF No. 3).  If he did desire to assert such a claim, Plaintiff was directed to state who he intended to sue and how the individual or individuals denied him adequate medical care.  Plaintiff was directed to file his response by July 6, 2010.  Plaintiff was advised that a failure to respond to this order could result in the dismissal of this case.

      On July 26th, a show cause order was entered (ECF No. 5).  Plaintiff was given until August 6, 2010, to show cause why this action should not be dismissed based on his failure to obey an order of the Court.  He was further advised that failure to respond to the show cause order would result in the dismissal of this case.

      To date, Plaintiff has not responded to the show cause order.  Plaintiff has not requested an extension of time to respond or otherwise contacted the Court.  No mail has been returned as undeliverable.  I therefore recommend that this case be dismissed based on Plaintiff's failure to obey

the orders of the Court and his failure to prosecute. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 30th day of September 2010.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE