IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


LAMAR LADARIOUS MOSLEY                                                    PLAINTIFF


V.                                    CASE NO. 10-CV-1042

DETECTIVE JOSHUA NEWTON,
Union County Sheriff's Department; and
DETECTIVE RANDY CONLEY,
Union County Sheriff's Department                                        DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed September 30, 2010, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. 6).  Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to obey

orders of the Court and his failure to prosecute.  Fed. R. Civ. P. 41(b).  Plaintiff has not filed

objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. §

636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Accordingly,

Plaintiff's claims are **DISMISSED**.

IT IS SO ORDERED, this 21st day of October, 2010.


                                                        /s/ Harry F. Barnes
                                                        Hon. Harry F. Barnes
                                                        United States District Judge